IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR247 |
| | ) | |
| v. | ) | |
| | ) | |
| DERELL SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on plaintiff's motion for continuance (Filing No. 22).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that sentencing in this matter is rescheduled for:

**Friday, January 28, 2011, at 2 p.m**.

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

      DATED this 6th day of January, 2011.

                                      BY THE COURT:

                                      /s/ Lyle E. Strom
                                      _____
                                      LYLE E. STROM, Senior Judge
                                      United States District Court