IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:10CR247
                             )
      v.                     )
                             )
DERELL SMITH,                )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue disposition (Filing No. 50). The Court notes plaintiff has no objection. The motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. The hearing on the petition for warrant or summons for offender under supervision (Filing No. 41) is rescheduled for:

**Thursday, January 15, 2015, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 5th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court