IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )       8:10CR247
                             )
       v.                    )
                             )
DERELL SMITH,                )         ORDER
                             )
            Defendant.       )
_____)
```

After hearing before the Court when defendant admitted Allegation No. 1 of the petition for warrant or summons for offender under supervision (Filing No. 41), the government moved to dismiss Allegation Nos. 2 and 3.  Accordingly,

IT IS ORDERED:

1) Allegation Nos. 2 and 3 of said petition are dismissed.

2) Disposition of Allegation No. 1 is scheduled for:

**Wednesday, April 15, 2015, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 15th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court