IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR247 |
| | ) | |
| v. | ) | |
| | ) | |
| DERELL SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to file under seal (Filing NO. 54).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion to file under seal is granted.  The motion to which defendant's counsel refers shall be filed under seal pending further order of the Court.

DATED this 12th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court