IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:10CR247 |
| | ) | |
| v. | ) | |
| | ) | |
| DERELL SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to withdraw (Filing No. 55).  After hearing before the Court on February 18, 2015, with defendant present,

IT IS ORDERED that said motion is denied.

DATED this 18th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court