IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR247 |
| | ) | |
| v. | ) | |
| | ) | |
| DERELL C. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the petition for warrant or summons for offender under supervision (Filing No. 41). Defendant was present and represented by Mary C. Gryva. Plaintiff was represented by Meredith B. Tyrakoski, Assistant United States Attorney.

Defendant had previously admitted Allegation No. 1 of the petition. The Court proceeded to final disposition.

IT IS ORDERED that defendant is sentenced to the Bureau of Prisons for 36 months, with no supervised release to follow.

DATED this 15th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court